```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33060
   LEONARD R SCIASCIA
   LAURA L SCIASCIA                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-0337     SSN XXX-XX-3348

--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/07/04 and confirmed on 01/27/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  34762.50 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE       CURRENT MORTG        .00             .00             .00
DUPAGE CREDIT UNION      SECURED          5912.66          474.47         5912.66
DUPAGE CREDIT UNION      SECURED          8012.63         1266.99         8012.63
SUNTERRA FINANCIAL SERVI UNSECURED       NOT FILED            .00             .00
AT&T WIRELESS            UNSECURED       NOT FILED            .00             .00
CAPITAL ONE FINANCIAL    UNSECURED         1164.59            .00          263.92
CHERRYDALE FARMS         UNSECURED        10995.00            .00         2491.66
MUNICIPAL COLLECTION SER UNSECURED          250.00            .00           56.65
ECAST SETTLEMENT CORPORA UNSECURED         2468.25            .00          559.35
HSBC CREDIT SERVICES     UNSECURED       NOT FILED            .00             .00
TRI COUNTY ACCOUNTS      UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA UNSECURED         9820.26            .00         2225.44
ECAST SETTLEMENT CORPORA UNSECURED        10729.17            .00         2431.42
PARKER NAPRAPATHIC CLINI UNSECURED       NOT FILED            .00             .00
PROVENA MERCY MEDICAL CE UNSECURED       NOT FILED            .00             .00
CHASE HOME FINANCE       MORTGAGE ARRE    3240.43            .00         3240.43
DUPAGE CREDIT UNION      UNSECURED       12332.43            .00         2794.74
DUPAGE CREDIT UNION      UNSECURED        5192.98            .00         1176.82
         Summary of disbursements:

                   SECURED    PRIORITY   UNSECURED      OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 17165.72       .00    52952.68         .00        70118.40
PRINCIPAL PAID     17165.72       .00    12000.00         .00        29165.72
INTEREST PAID       1741.46       .00        .00          .00         1741.46
TOTAL PAID         18907.18       .00    12000.00         .00        30907.18
The Debtor's attorney, GARY L SHILTS                   , was allowed $  2200.00
and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $   1445.56 .
```

Refunds to the Debtor totaled $    709.76 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE